UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mr. WILLIE CLAUDIUS WATT,                       Civil No. 07-2230 (DSD/SRN)

    Plaintiff,

                                                ORDER

v.

St. Paul Policeman FRANCISCO ORTIZ,
DOMINIC DZIK, Judge A. JAMES
DICKERSON, PUBLIC DEFENDER, and
CITY OF ST. PAUL, MINNESOTA,

    Defendants.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 20, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**; and

    2. This action be **DISMISSED WITHOUT PREJUDICE**.


DATED: September 11, 2007

                                                 s/David S. Doty
                                                 Judge David S. Doty
                                                 United States District Court Judge